88-658. State v. Perry. *Allen County*, No. 1-88-12. Reported at 38 Ohio St. 3d 709, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Sweeney, Locher and Douglas, JJ., dissent.

88-803. Yekta v. Lyons Transp. Lines, Inc. *Lake County*, No. 12-042. Reported at 39 Ohio St. 3d 706, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

88-1034. Mather v. Toledo. *Lucas County*, No. L-87-209. Reported at 39 Ohio St. 3d 702, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

88-1100. Smith v. Sembach. *Trumbull County*, No. 3763. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Douglas, J., dissents.

88-1170. Perry v. Ameritrust. *Cuyahoga County*, No. 54384. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

88-1201. Smith v. Peyatt. *Trumbull County*, No. 3759. Reported at 38 Ohio St. 3d 723, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Sweeney and Douglas, JJ., dissent.

Moyer, C.J., not participating.

88-1373. Senediak v. Senediak. *Mahoning County*, No. 86 C.A. 168. Reported at 39 Ohio St. 3d 703, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

Locher, J., dissents.

88-1534. LPI of Ohio, Inc. v. Gerald G. Colbert D.D.S., Inc. *Franklin County*, No. 87AP-1141. Reported at 39 Ohio St. 3d 704, ____ N.E. 2d ____. On motion for rehearing. Rehearing denied.

88-1730. Barton v. Butler Cty. Bd. of Elections. In Prohibition. Reported at 39 Ohio St. 3d 291, 530 N.E. 2d 871. On motion for rehearing. Rehearing denied.

## MISCELLANEOUS DISMISSALS

88-1587. State v. Valentine. *Cuyahoga County*, No. 54112. *Sua sponte,* cause dismissed for want of prosecution, effective October 21, 1988.

88-1646. State v. Owens. *Mahoning County*, No. 87 C.A. 153. *Sua sponte,* cause dismissed for want of prosecution, effective October 21, 1988.

## REHEARING DOCKET

87-447. State v. Henderson. *Hamilton County*, No. C-850557. Reported at 39 Ohio St. 3d 24, 528 N.E. 2d 1237. On motion for rehearing. Rehearing denied.